

# COURT OF APPEALS

REBECA C. MARTINEZ
CHIEF JUSTICE
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
LORI I. VALENZUELA
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

LUZ ESTRADA, CHIEF DEPUTY
CLERK

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

October 29, 2024

## TRANSFER CERTIFICATE

Pursuant to and in compliance with an Order of the Supreme Court of Texas, signed October 14, 2024, Misc. Docket No. 24-9081, the following companion cases now on the docket of this Court are transferred to the to the Court of Appeals for the Eighth Judicial District, El Paso, Texas, and the undersigned Chief Deputy Clerk of this Court certifies that all necessary orders and papers in said cases are herewith transferred to the Clerk of the Court of Appeals for the Eighth Judicial District on October 29, 2024.

| | Case Number | Abbr. Style | Date Filed |
|---|---|---|---|
| 1 | 04-24-00609-CV | Frank Sandoval v. Ameritex Elevator Se | 9/12/2024 |
| 2 | 04-24-00617-CR | Kenith Harden v. The State of Texas | 9/16/2024 |
| 3 | 04-24-00619-CV | Alma Potts v. Linda Koehl and Joan | 9/18/2024 |
| 4 | 04-24-00620-CR | Daniel Garcia v. The State of Texas | 9/18/2024 |
| 5 | 04-24-00621-CR | Joel Paredes v. The State of Texas | 9/18/2024 |
| 6 | 04-24-00641-CV | Michael Ray Mangum v. Jane Doe | 9/23/2024 |
| 7 | 04-24-00652-CV | In the Interest of O.E.E. and C.E.E., Ch | 9/26/2024 |
| 8 | 04-24-00654-CV | George Gawlik Jr., K v. Agnes Ramos and Fred | 9/27/2024 |
| 9 | 04-24-00657-CR | Randall Joseph Lewis v. The State of Texas | 9/27/2024 |
| 10 | 04-24-00664-CV | City of Olmos Park, v. Brandon J. Grable | 9/30/2024 |
| 11 | 04-24-00665-CV | Primitivo Torres-Mar v. Brenda M. Torres | 9/30/2024 |
| 12 | 04-24-00667-CR | Andrew Thomas Vidal v. The State of Texas | 10/1/2024 |
| 13 | 04-24-00668-CR | Fernando Martinez, J v. The State of Texas | 10/1/2024 |
| 14 | 04-24-00670-CR | Dunn Everett v. The State of Texas | 10/1/2024 |
| 15 | 04-24-00673-CR | Newt Justine Porter v. The State of Texas | 10/2/2024 |

I, Luz Estrada, Chief Deputy Clerk of the Fourth Court of Appeals at San Antonio, Texas, hereby certify that the foregoing is a true and correct list of the cases transferred to the Court of Appeals for the Eighth Court of Appeals at El Paso, Texas, as previously ordered by the Supreme Court of Texas as the same appears of record in the minutes of this Court.

Very truly yours,
LUZ ESTRADA, CHIEF DEPUTY CLERK

_____
Luz Estrada, Chief Deputy Clerk